# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

CARLI HOLLAND
24G BEAVER STREET
LOWELL, MA

CASE NUMBER: M.J. # 04-848-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 30, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant did, (Track Statutory Language of Offense)

knowingly threaten to cause bodily injury to Lee Ann Bridge with the intent to retaliate against Bridge for: (i) Bridge's attendance at an official proceeding and testimony given Bridge in such a proceeding; and, (ii) information given by Bridge to a law enforcement officer relating to the commission or possible commission of a Federal offense

in violation of Title __18__ United States Code, Section(s) __1513(b)__.

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_Signature of Complainant_
TODD PROUGH
Special Agent
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me and subscribed in my presence,

July 1, 2004   @ 3:05 P.M.         Boston, Massachusetts
Date                                 City and State

MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE

_Marianne B. Bowler, USMJ_

Name and Title of Judicial Officer         Signature of Judicial Officer