# UNITED STATES DISTRICT COURT
_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

CARLI HOLLAND

## WARRANT FOR ARREST

CASE NUMBER: MJ-04-848-MBB

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest <u>CARLI HOLLAND</u>
                                         Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging her with (brief description of offense).

knowingly threatening to cause bodily injury to Lee Ann Bridge with the intent to retaliate against Bridge for: (i) Bridge's attendance at an official proceeding and testimony given by Bridge in such a proceeding; and, (ii) information given by Bridge to a law enforcement officer relating to the commission or possible commission of a Federal offense in violation of 18 U.S.C. §1513(b)

Dianalynn Saccoccio                     Deputy Clerk
Name of Issuing Officer                 Title of Issuing Officer

                                        July 1, 2004; BOSTON, MASSACHUSETTS  3:49 pm
Signature of Issuing Officer            Date and Location

Bail fixed at $_____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 Warrant for Arrest