FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☒ MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE

| USA | V.S. | Carli Holland |

FOR

AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

| 1 | X | Defendant—Adult |
| 2 | | Defendant - Juvenile |
| 3 | | Appellant |
| 4 | | Probation Violator |
| 5 | | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

**DOCKET NUMBERS**

Magistrate

04 848- MBB

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check    x  Felony
18.1513                              ☐ Misdemeanor

## ASSETS

**EMPLOY-MENT**

Are you now    ☐ Yes    ☒ No    ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you
earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ 5/04  # 1,600

If married is your Spouse employed?    ☐ Yes    ☒ No

IF YES, how much does your
Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or
Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☒ Yes    ☐ No

IF YES, GIVE THE AMOUNT
RECEIVED & IDENTIFY
THE SOURCES

| RECEIVED | SOURCES |
| $ 1,000 | severance pay |
| $ _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☒ Yes    ☐ No    IF YES, state total amount $ 200 · 300

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☒ No

IF YES, GIVE THE VALUE AND $
DESCRIBE IT

| VALUE | DESCRIPTION |
| _____ | _____ |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR
___ DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| Acadia Financial LTD | | $ _____ | $ 184.00 |
| Premier Ins. | | $ _____ | $ 450.00 |
| Verizon Cell phone | | $ _____ | $ 50.00 |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

Total Debt: $ 684 00 per month

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)    X    7-2-04

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)    ▶    X    Carli Holland